United States District Court

Eastern District of California

James Robert Hruby,

      Petitioner,                        No. Civ. S 04-2254 DFL PAN P

  vs.                                Order

California Department
of Corrections,

      Respondents.

-oOo-

    Petitioner has notified the court he has not received correspondence from this court since January 19, 2005, and requests a hearing on the matter but petitioner's correspondence bears no return address.

    This court's records show that February 9, 2005, the U. S. Postal Service returned mail directed to petitioner with the notation petitioner had been released to parole.  Respondent served the February 18, 2005, answer on petitioner through the Costa Mesa/Golden Parole Unit.  March 17, 2005, the Postal

1  Service again returned mail directed to petitioner with the
2  notation petitioner had been released to parole.
3      A party appearing pro se must inform the court of any
4  address change and if he does not do so within 60 days of the
5  date the U.S. Postal Service returns mail directed to him, the
6  court may dismiss the action.  L. R. 83-182(d), 83-183(b).
7      More than 60 days have passed since the U.S. Postal service
8  returned mail directed to petitioner and petitioner has not
9  notified the court of his current address.
10     Accordingly, petitioner has 20 days from the date of this
11 order to notify the court of his current address.  Failure to
12 comply with this order will result in a recommendation that this
13 action be dismissed.
14     So ordered.
15     Dated:  April 19, 2005.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge